UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:23-cv-02081-RLY-MJD |
| | ) |
| | ) |
| ALL FUNDS SEIZED FROM AND/OR FUNDS | ) |
| ON DEPOSIT FROM MORGAN STANLEY | ) |
| ACCOUNTS 658-091821-245 AND | ) |
| 658-095221-245 | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Kelly Rota, Assistant United States Attorney for the Southern District of Indiana, enters her appearance as counsel for the Plaintiff, United States of America.

 

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:  *s/Kelly Rota*
Kelly Rota
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
Kelly.rota@usdoj,gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

and

I further certify that on November 17, 2023, a copy of the foregoing document was mailed, by First Class Mail and by Certified U.S. Mail, postage prepaid and properly addressed to the following:

David M. Garvin, Attorney
Law Offices of David Garvin, P.A.
2333 Ponce De Leon Blvd.
Suite 314
Coral Gables, FL 33134

Thomas H. Barnard, Attorney
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
100 Light Street
19th Floor
Baltimore, MD 21202

Maximiliano Pilipis
14149 Buczak Road
Brooksville, FL  34614

> s/Kelly Rota
> Kelly Rota
> Assistant United States Attorney
> Office of the United States Attorney
> 10 W. Market St., Suite 2100
> Indianapolis, Indiana 46204-3048
> Telephone: (317) 226-6333
> Fax: (317) 226-5027
> Kelly.rota@usdoj,gov