UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-cv-02081-RLY-MJD |
| | ) | |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ON DEPOSIT FROM MORGAN STANLEY ACCOUNTS 658-091821-245 AND 658-095221-245, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE OF COUNSEL**

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Claimant Maximiliano Pilipis.

/s/ Kathleen L. Matsoukas
Kathleen L. Matsoukas (Atty. No. 31833-49)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313
Facsimile: 317-231-7433
Email: Kathleen.Matsoukas@btlaw.com

Attorney for Claimant Maximiliano Pilipis

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record this 15th day of December, 2023 by the Court's electronic filing service.

*/s/ Kathleen L. Matsoukas*
Kathleen L. Matsoukas