UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-cv-02081-RLY-MJD |
| | ) | |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ON DEPOSIT FROM MORGAN STANLEY ACCOUNTS 658-091821-245 AND 658-095221-245, | ) ) ) ) ) | |
| Defendants. | ) | |

**APPEARANCE OF COUNSEL**

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Claimant Maximiliano Pilipis.

　　　　　　　　　　　　　　　　　　　　/s/ Alyssa C. Hughes
　　　　　　　　　　　　　　　　　　　　Alyssa C. Hughes (Atty. No. 34645-71)
　　　　　　　　　　　　　　　　　　　　Barnes & Thornburg LLP
　　　　　　　　　　　　　　　　　　　　11 South Meridian Street
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　　　　　　Telephone: 317-236-1313
　　　　　　　　　　　　　　　　　　　　Facsimile: 317-231-7433
　　　　　　　　　　　　　　　　　　　　Email: Alyssa.Hughes@btlaw.com

　　　　　　　　　　　　　　　　　　　　Attorney for Claimant Maximiliano Pilipis

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record this 15th day of December, 2023 by the Court's electronic filing service.

                                               */s/ Alyssa C. Hughes*
                                               Alyssa C. Hughes

41070260v1