UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:23-cv-02081-RLY-MJD |
| ) | |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ) | |
| ON DEPOSIT FROM MORGAN STANLEY ) | |
| ACCOUNTS 658-091821-245 AND ) | |
| 658-095221-245, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of David B. Smith, counsel for Maximiliano Pilipis, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

David B. Smith
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, VA 22314
(705) 548-8911
dbs@davidbsmithpllc.com


Distribution list:

To all registered counsel by CM/ECF

3