UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-cv-02081-RLY-MJD |
| | ) | |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ON DEPOSIT FROM MORGAN STANLEY ACCOUNTS 658-091821-245 AND 658-095221-245, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Todd Foster, counsel for Defendants, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Todd Foster
Todd Foster Law Group
601 Bayshore Boulevard, Suite 615
Tampa, FL 33606
 (813) 565-0600 Ext. 201
tfoster@tfosterlawgroup.com

Distribution list:

To all registered counsel by CM/ECF