**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:23-CV-2081 |
| **ALL FUNDS SEIZED FROM AND/OR FUNDS ON DEPOSIT FROM MORGAN STANLEY ACCOUNTS 658-091821-245 AND 658-095221-245** | : | |
| Defendants. | : | |
| **MAXIMILIANO PILIPIS,** | : | |
| Claimant. | : | |

### VERIFIED CLAIM OF MAXIMILIANO PILIPIS

Maximiliano Pilipis hereby makes claim as the owner of the property alleged to be subject to forfeiture in this case as described above, namely, all funds seized and/or on deposit from Morgan Stanley account numbers 658-091821-245 and 658-095221-245.

I declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that I am the owner of the property listed above.

Respectfully submitted,

Dated: 12/20/2023

MAXIMILIANO PILIPIS

1

COUNSEL FOR CLAIMANT:

    */s/ Kathleen Leicht Matsoukas*
Kathleen Leicht Matsoukas
IN Bar No. 31833-49
Alyssa C. Hughes
IN Bar No. 34645-71
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317-231-7332
kathleen.matsoukas@btlaw.com
Alyssa.hughes@btlaw.com

    */s/ Todd Foster*
Todd Foster
FL Bar No. 0325198
Todd Foster Law Group
601 Bayshore Boulevard, Suite 615
Tampa, FL 33606
813-565-0600, Ext. 201
tfoster@tfosterlawgroup.com
*Pro Hac Vice Application Pending*

    */s/ David B. Smith*
David B. Smith
VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
703-548-8911 / fax 703-548-8935
dbs@davidbsmithpllc.com
*Pro Hac Vice Application Pending*

## Certificate of Service

I hereby certify that on the 19th day of December, 2023, I electronically filed the foregoing Verified Complaint with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>AUSA Kelly Rota
>Office of the United States Attorney
>10 West Market Street, Suite 2100
>Indianapolis, IN 46204-3048
>kelly.rota@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>*/s/ Kathleen Leicht Matsoukas*
>Kathleen Leicht Matsoukas
>IN Bar No. 31833-49
>Barnes & Thornburg LLP
>11 South Meridian Street
>Indianapolis, IN 46204
>317-231-7332
>kathleen.matsoukas@btlaw.com