IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-2081-RLY-MJD |
| ) | |
| ALL FUNDS SEIZED FROM AND/OR ) | |
| FUNDS ON DEPOSIT FROM MORGAN ) | |
| STANLEY ACCOUNTS 658-091821-245 and ) | |
| 658-095221-245, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF LINDSAY E. RAY

TO THE CLERK OF THE COURT:

I hereby certify and submit that I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Claimant Morgan Stanley Private Bank, National Association.

THIS the 21st day of December 2023.

Respectfully submitted,

/s/ Lindsay E. Ray
Lindsay E. Ray (*New York Reg. No. 5240171*)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-7318
lray@bakerdonelson.com

*Attorneys for Claimant Morgan Stanley Private Bank, National Association*

**CERTIFICATE OF SERVICE**

This will certify service of a copy of the foregoing document was filed with the Clerk and served via the CM/ECF online filing system with the U.S. District Court for the Southern District of Indiana, which will automatically send email notification to all counsel of record.

In addition, a hardcopy of the foregoing will be sent to the following, pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure:

> Kelly Rota, Esq.
> Assistant United States Attorney
> 10 West Market Street, Suite 2100
> United States Attorneys' Office
> Indianapolis, Indiana 46204-3048

Respectfully submitted this 21st day of December 2023.

> **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**
>
> */s/ Lindsay E. Ray*
> Lindsay E. Ray
> 1600 West End Avenue, Suite 2000
> Nashville, TN 37203
> (615) 726-7318
> lray@bakerdonelson.com
>
> *Attorneys for Claimant Morgan Stanley Private Bank, National Association*