# EXHIBIT B
# LAL ADD FORM PILIPIS REDACTED

# Liquidity Access Line (LAL)
# Add Account Authorization

**MAXIMILIANO FRANCO PILIPIS**
BORROWER NAME

▬5764-245
LAL ACCOUNT NUMBER

**LIAMAR DIAZ / 011WN**
BRANCH CONTACT

I hereby authorize Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, as applicable, each a national banking association, and/or its successors and assigns, as applicable, to add the following Morgan Stanley Smith Barney LLC account(s) as pledged collateral for the above-referenced LAL:

Account Title                                                                 Account Number
*(Please reference the exact account title as set forth on your statement. Any discrepancies in the title will require a corrected Add Account Authorization Form to be signed.)*

1. **MAXIMILIANO FRANCO PILIPIS**                     ▬5221-245

2.

3.

4.

5.

(Optional) — If also requesting an increase to the Credit Limit or a change to the line of credit type for the LAL, please indicate your request by completing the below:

☐ Maximum Credit Limit:
   Your line of credit limit will fluctuate based on the value and the loan advance rates of the securities in the collateral account(s).

☐ Request a Credit Limit:
   By selecting this option, your line of credit limit will be set to the lesser of (1) the amount indicated, or (2) the highest amount allowed based on the value and the loan advance rates of the securities in the collateral account(s).

Requested Credit Limit Amount: $

| SIGNATURE | SIGNATURE *(signed)* |
|---|---|
| **OWNER** TITLE | TITLE |
| **MAXIMILIANO PILIPIS** PRINT NAME | MAXIMILIANO F. PILIPIS PRINT NAME |
| 07/11/2020 DATE | DATE |

# Morgan Stanley


LENLALAR          LAL

LAL ADD ACCOUNT AUTHORIZATION
(06/2015) LENLALAR

PAGE 2 OF 2
NY CS 8231628 06/15