UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL FUNDS SEIZED FROM AND/OR FUNDS ) <br> ON DEPOSIT FROM MORGAN STANLEY ) <br> ACCOUNTS 658-091821-245 AND 658-095221- ) <br> 245, ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> Maximiliano Pilipis, ) <br> ) <br> Claimant. ) | No. 1:23-cv-02081-RLY-MJD |

**ORDER ON MOTION TO APPEAR *PRO HAC VICE***

This matter is before the Court upon attorney Kathleen Matsoukas's Motion for attorney David B. Smith to Appear *Pro Hac Vice* for the purpose of appearing as counsel on behalf of Claimant Maximiliano Pilipis. [Dkt. 7.] The motion purports to be filed pursuant to Local Rule 83-6(a), which permits an attorney seeking *pro hac vice* admission to complete the registration process in PACER and then file a *pro hac vice* motion on the attorney's own behalf. However, since attorney Kathleen Matsoukas's filed the motion seeking the *pro hac vice* admission of attorney David B. Smith, the motion was actually filed pursuant to Local Rule 83-6(b), which requires that a *pro hac vice* motion filed by an admitted attorney on behalf of another attorney must be **accompanied by a certification by the attorney requesting admission**. S.D. Ind. L.R. 83-6(d)(3) (emphasis added). Ms. Matsoukas's motion [Dkt 7] has no such accompanying

certification by Mr. Smith attached. Accordingly, the motion is hereby **DENIED**. Mr. Smith must either first comply with Local Rule 83-6(b)(1), complete his PACER registration, and then refile the motion on his own behalf using the ECF login information provided to her the Court, or as the attorney requestion admission, Mr. Smith must provide a certification with all of the information required by Local Rule 83-6(d) to attach to a refiled motion by Ms. Matsoukas or other attorney admitted in this district seeking Mr. Smith's *pro hac vice* admission on his behalf.

SO ORDERED.

Dated: 27 DEC 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

To PHV Applicant via U.S. Mail:

David B. Smith
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, VA 22314