UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:23-cv-02081-RLY-MJD ) |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ON DEPOSIT FROM MORGAN STANLEY ACCOUNTS 658-091821-245 AND 658-095221-245, | ) ) ) ) ) |
| Defendants. | ) ) |
| MAXIMILIANO PILIPIS, | ) ) |
| Claimant. | ) ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), and in accordance with the Court's Order of December 27, 2023, David B. Smith respectfully submits this amended request for entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Maximiliano Pilipis, a claimant in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): United States Supreme Court (June 1980), United States Courts of Appeal for the D.C. and Fourth Circuits (January 1979), United States District Courts for the District of Columbia (June 1987) and Eastern District of Virginia (September 1986), and the Supreme Court of Virginia (September 1986).

1

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* on behalf of Maximiliano Pilipis for purposes of this cause only.

Dated: December 28, 2023                        Respectfully submitted,

                                                                    /s/ David B. Smith
                                                                David B. Smith
                                                                David B. Smith, PLLC
                                                                108 North Alfred Street, 1st FL
                                                                Alexandria, VA 22314
                                                                (703) 548-8911 / Fax (703) 548-8935
                                                                dbs@davidbsmithpllc.com
                                                                *Counsel for Claimant Maximiliano Pilipis*