UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL FUNDS SEIZED FROM AND/OR ) <br> FUNDS ON DEPOSIT FROM MORGAN ) <br> STANLEY ACCOUNTS 658-091821-245 ) <br> AND 658-095221-245, ) <br> ) <br> Defendants. ) <br>_____) <br> ) <br> MAXIMILIANO PILIPIS, ) <br> ) <br> Claimant. ) <br>_____) | Cause No. 1:23-cv-02081-RLY-MJD |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of David B. Smith, counsel for Maximiliano Pilipis, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

David B. Smith
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, VA 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Distribution list:
To all registered counsel by CM/ECF