UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:23-cv-02081-RLY-MJD |
| ) | |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ) | |
| ON DEPOSIT FROM MORGAN STANLEY ) | |
| ACCOUNTS 658-091821-245 AND ) | |
| 658-095221-245, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), and in accordance with the Court's Order on December 27, 2023, Todd Foster respectfully submits this amended request for entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Maximiliano Pilipis, a claimant in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): United States Court of Appeals, Eleventh Circuit (admitted 2020); United States Middle District of Florida (admitted 1981); United States Northern District of Florida (admitted 2009); United States Southern District of Florida (admitted 2012); Florida Bar (admitted 1981).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:  December 28, 2023         Respectfully submitted,


                                      */s/ Todd Foster*
                                      Todd Foster
                                      Todd Foster Law Group
                                      601 Bayshore Boulevard, Suite 615
                                      Tampa, FL 33606
                                      (813) 565-0600 Ext. 201
                                      tfoster@tfosterlawgroup.com