UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL FUNDS SEIZED FROM AND/OR FUNDS ) <br> ON DEPOSIT FROM MORGAN STANLEY ) <br> ACCOUNTS 658-091821-245 AND ) <br> 658-095221-245, ) <br> ) <br> Defendants. ) | Cause No. 1:23-cv-02081-RLY-MJD |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Todd Foster, counsel for Defendants, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Todd Foster
Todd Foster Law Group
601 Bayshore Boulevard, Suite 615
Tampa, FL 33606
 (813) 565-0600 Ext. 201
tfoster@tfosterlawgroup.com


Distribution list:

To all registered counsel by CM/ECF