UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL FUNDS SEIZED FROM AND/OR FUNDS ON DEPOSIT FROM MORGAN STANLEY ACCOUNTS 658-091821-245 AND 658-095221-245,<br><br>Defendant.<br><br>MAXIMILIANO PILIPIS,<br><br>Claimant. | No. 1:23-cv-02081-RLY-MJD |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for David B. Smith to appear and participate *pro hac vice* as counsel for Maximiliano Pilipis in the above-captioned cause only. [Dkt. 14.]  The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information has been entered as follows:

David Benjamin Smith
David B. Smith, PLLC
108 North Alfred Street, First Floor
Alexandria, VA 22314
703-548-8911
Fax: 703-548-8935
Email: jj@davidbsmithpllc.com

SO ORDERED.

Dated:  2 JAN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.