UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-02081-RLY-MJD |
| ) | |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ) | |
| ON DEPOSIT FROM MORGAN STANLEY ) | |
| ACCOUNTS 658-091821-245 AND 658-095221- ) | |
| 245, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| MAXIMILIANO PILIPIS, ) | |
| ) | |
| Claimant. ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Todd Foster to appear and participate *pro hac vice* as counsel for Maximiliano Pilipis in the above-captioned cause only. [Dkt. 15.] The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information has been entered as follows:

Todd Foster
Todd Foster Law Group, LLC
601 S. Bayshore Boulevard
Suite 615
Tampa, FL 33606
813-565-0600
Email: tfoster@tfosterlawgroup.com

SO ORDERED.

Dated:  2 JAN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.