UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:23-cv-2081 |
| | ) |
| ALL FUNDS SEIZED FORM AND/OR FUNDS | ) |
| ON DEPOSIT FROM MORGAN STANLEY | ) |
| ACCOUNTS 658-091821-245 AND | ) |
| 658-095221-245 | ) |
| | ) |
| Defendants. | ) |

**CLAIMANT'S AGREED MOTION FOR EXTENSION TO RESPOND TO VERIFIED COMPLAINT OF FORFEITURE IN REM**

Claimant Maximiliano Pilipis ("Claimant" or "Pilipis"), respectfully submits this Agreed Motion for an Extension to Respond to the Verified Complaint in this matter to January 25, 2024, and in support states as follows:

1. Plaintiff filed its Verified Complaint in this matter on November 17, 2023. (ECF 1).

2. Claimant filed a Verified Claim on December 21, 2023. (ECF 9).

3. Pursuant to Rule G(5)(b) (and Supplemental Rule C(6)(a)(iv)), Claimant's current deadline to answer or move to dismiss the Verified Complaint is January 11, 2024.

4. Claimant requests an extension of that deadline to January 25, 2024.

5. This request is made in good faith, due to Claimant's involvement in a collateral matter and unavailability to counsel, as well as a present health concern.

6. Counsel for the Plaintiff has agreed to this extension.

WHEREFORE, Claimant respectfully seeks an extension of time to Answer the Verified Complaint until January 25, 2024.

        Respectfully submitted,

        BARNES & THORNBURG LLP

        */s/ Kathleen Leicht Matsoukas*
        Kathleen Leicht Matsoukas
        IN Bar No. 31833-49
        Alyssa C. Hughes
        IN Bar No. 34645-71
        Barnes & Thornburg LLP
        11 South Meridian Street
        Indianapolis, IN 46204
        317-231-7332
        kathleen.matsoukas@btlaw.com
        Alyssa.hughes@btlaw.com

        */s/ Todd Foster*
        Todd Foster
        FL Bar No. 0325198
        Todd Foster Law Group
        601 Bayshore Boulevard, Suite 615
        Tampa, FL 33606
        813-565-0600, Ext. 201
        tfoster@tfosterlawgroup.com
        *Pro Hac Vice*

        */s/ David B. Smith*
        David B. Smith
        VA Bar No. 25930
        David B. Smith, PLLC
        108 North Alfred Street, 1st FL
        Alexandria, Virginia 22314
        703-548-8911 / fax 703-548-8935
        dbs@davidbsmithpllc.com
        *Pro Hac Vice*

**Certificate of Service**

I hereby certify that on the ___th day of January, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

    AUSA Kelly Rota
    Office of the United States Attorney
    10 West Market Street, Suite 2100
    Indianapolis, IN 46204-3048
    kelly.rota@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

    */s/ Kathleen Leicht Matsoukas*
    Kathleen Leicht Matsoukas
    IN Bar No. 31833-49
    Barnes & Thornburg LLP
    11 South Meridian Street
    Indianapolis, IN 46204
    317-231-7332
    kathleen.matsoukas@btlaw.com