UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL FUNDS SEIZED FORM AND/OR FUNDS ) <br> ON DEPOSIT FROM MORGAN STANLEY ) <br> ACCOUNTS 658-091821-245 AND ) <br> 658-095221-245 ) <br> ) <br> Defendants. ) | Cause No. 1:23-cv-2081 |

**PROPOSED ORDER ON CLAIMANT'S AGREED MOTION FOR EXTENSION TO RESPOND TO VERIFIED COMPLAINT OF FORFEITURE IN REM**

Upon review of Claimant Maximiliano Pilipis's Agreed Motion for Extension to Respond, it is hereby ORDERED that the deadline for Claimant to Answer is extended to January 25, 2024.

SO ORDERED                                    _____

United States District Court Judge