UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-02081-RLY-MJD |
| ) | |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ) | |
| ON DEPOSIT FROM MORGAN STANLEY ) | |
| ACCOUNTS 658-091821-245 AND 658-095221- ) | |
| 245, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| MAXIMILIANO PILIPIS, ) | |
| ) | |
| Claimant. ) | |

**SCHEDULING ORDER**
**TELEPHONIC STATUS CONFERENCE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a telephonic status conference on **Friday, February 9, 2024 at 10:30 a.m. (Eastern)**. The purpose of the conference shall be to discuss case status. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated:   8 JAN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.