UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL FUNDS SEIZED FROM AND/OR FUNDS ) <br> ON DEPOSIT FROM MORGAN STANLEY ) <br> ACCOUNTS 658-091821-245 AND 658-095221- ) <br> 245, ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> MAXIMILIANO PILIPIS, ) <br> ) <br> Claimant. ) | No. 1:23-cv-02081-RLY-MJD |

**ORDER**

This matter is before the Court on Claimant's Agreed Motion for Extension to Respond to Verified Complaint of Forfeiture In Rem. [Dkt. 18.] The Court hereby **GRANTS** the motion. On or before **January 25, 2024**, Claimant shall file a response to Plaintiff's Verified Complaint.

SO ORDERED.

Dated:  9 JAN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.