IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-2081-RLY-MJD |
| ALL FUNDS SEIZED FROM AND/OR FUNDS ON DEPOSIT FROM MORGAN STANLEY ACCOUNTS 658-091821-245 and 658-095221-245, | ) |
| Defendants. | ) |
| MAXIMILIANO PILIPIS, | ) |
| Claimant, | ) |
| and | ) |
| MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION, | ) |
| Claimant. | ) |

**CLAIMANT MORGAN STANLEY PBNA'S
NOTICE OF PARTIES' FIRST EXTENSION OF TIME TO RESPOND**

Claimant Morgan Stanley Private Bank, National Association ("**Morgan Stanley PBNA**"), by and through its undersigned counsel, and pursuant to Local Rule 6-1 of the Southern District of Indiana, respectfully submits this Notice of Parties' First Extension of Time to Respond to the United States of America's ("**Plaintiff**" or the "**United States**") Verified Complaint of Forfeiture *In Rem* (the "**Complaint**"):

1

1.      Plaintiff filed its Complaint in this matter on November 17, 2023.  Dkt. No. 1.

2.      Maximiliano Pilipis and Morgan Stanley PBNA each filed a Verified Notice of Claim on December 21, 2023.  Dkt. Nos. 9, 11.

3.      Pursuant to Supplemental Rule G(5)(b) of the Federal Rules of Civil Procedure, the deadline for the Claimants' respective responses to the Complaint was January 11, 2024.

4.      On January 5, 2024, Claimant Maximiliano Pilipis ("**Pilipis**") filed an Agreed Motion for Extension to Respond to Verified Complaint of Forfeiture *In Rem* to January 25, 2024 (Dkt. No. 18), which motion was granted on January 9, 2024 (Dkt. No. 21).

5.      However, under Local Rule 6-1, the Parties may, by agreement, submit a Notice of Parties' First Extension of Time when the deadline to be extended is for filing a response to a pleading, such as the United States' Complaint, so long as (a) it is the first extension of that deadline; (b) the extension is for 28 or fewer days; (c) the extension does not interfere with the Case Management Plan, scheduled hearings or trials, or other deadlines set by court order; and (d) all Parties agree to the extension (or have been given reasonable opportunity to so agree).

6.      Here, an extension from January 11 to January 25, 2024, is the first extension of the Claimants' deadline to respond to the Complaint,[1] and the fourteen-day extension is for fewer than 28 days.

7.      In addition, the extension does not interfere with any court order, as (a) no scheduling order or case management plan has been entered and (b) the initial telephonic status conference for the matter is not scheduled to take place until February 9, 2024.  *See* Dkt. No. 20.

---

[1] Although the deadline has already been extended as to Claimant Pilipis, this is the first global extension of the deadline as to all Claimants and is not a subsequent extension but a clarification that this first extension is expanded to apply to all Claimants, including Claimant Morgan Stanley PBNA.

2

8.      Finally, Counsel for the United States and for Claimant Pilipis have each agreed to this extension of time to January 25, 2024, for all Claimants—including Morgan Stanley PBNA—to respond to the Complaint.

WHEREFORE, and pursuant to Local Rule 6-1 for the Southern District of Indiana, Claimant Morgan Stanley PBNA hereby respectfully submits this Notice of Parties' First Extension of Time, to January 25, 2024, for Claimants' responses to Plaintiff's Complaint.

Respectfully submitted this 10th day of January, 2024.

/s/ Lindsay E. Ray
Lindsay E. Ray (*New York Reg. No. 5240171*)
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-7318
lray@bakerdonelson.com

*- and -*

Thomas H. Barnard (*to be admitted* pro hac vice)
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
100 Light Street, Suite 1900
Baltimore, MD 21202
(410) 862-1185
tbarnard@bakerdonelson.com

*Attorneys for Claimant Morgan Stanley Private Bank, National Association*

**CERTIFICATE OF SERVICE**

This will certify service of a copy of the foregoing document was filed with the Clerk and served via the CM/ECF online filing system with the U.S. District Court for the Southern District of Indiana, which will automatically send email notification to all counsel of record.

Respectfully submitted this 10th day of January, 2024.

                                       **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

                                       */s/ Lindsay E. Ray*
                                       Lindsay E. Ray
                                       1600 West End Avenue, Suite 2000
                                       Nashville, TN 37203
                                       (615) 726-7318
                                       lray@bakerdonelson.com

                                       *Attorneys for Claimant Morgan Stanley Private Bank, National Association*